## 66527. DUTTON v. GREENVILLE BANKING COMPANY.

POPE, Judge.

The sole issue raised by appellant's enumeration of error is controlled adversely to him by *First Nat. Bank of Chattooga County v. Gorlin,* 243 Ga. 707 (256 SE2d 450) (1979), revg. *Gorlin v. First Nat. Bank of Chattooga County,* 148 Ga. App. 133 (250 SE2d 798) (1978). See also *Spyropoulos v. John Linard Estate,* 243 Ga. 518 (255 SE2d 40) (1979), revg. 148 Ga. App. 380 (251 SE2d 327) (1978).

*Judgment affirmed. Quillian, P. J., and Sognier, J., concur.*

DECIDED OCTOBER 3, 1983 —
REHEARING DENIED OCTOBER 17, 1983.

*John R. Parks, Jesse W. Hill,* for appellant.
Jackie Dutton, *pro se.*
*Robert Lee Todd IV,* for appellee.